Dismissed and Memorandum Opinion filed February 2, 2006









Dismissed and Memorandum Opinion filed February 2,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01159-CV

____________

 

LEWIS NELSON
and wife, DEBORAH NELSON, Appellants

 

V.

 

STATE FARM
LLOYDS, ELAINE ROGERS and VERONICA SILVA, Appellees

 



 

On Appeal from the
164th District Court

Harris County, Texas

Trial Court Cause
No.
04-03644

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 10,
2005.  On January 27, 2006, the parties
filed a joint motion to dismiss the appeal in accordance with the parties= agreement.  See Tex. R. App. P. 42.1(a)(2).  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 2, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Guzman.